THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT DRAKE, Defendant-Appellant.

(No. 73-205;

Third District—August 6, 1974.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Martin Rudman, State's Attorney, of Joliet, for the People.